IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENA M. KISTLER, | : | |
| Plaintiff, | : | Case No. 3:10-cv-2276 |
| | : | |
| vs. | : | |
| | : | Jury Trial Demanded |
| PORTFOLIO RECOVERY | : | |
| ASSOCIATES, LLC, | : | |
| d/b/a PORTFOLIO RECOVERY | : | |
| ASSOCIATES, | : | |
| Defendant. | : | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please mark the above-captioned matter settled and dismissed with prejudice.

Respectfully submitted,

WILLIAM G. SCHWAB & ASSOCIATES:

BY:  /s/Adam R. Weaver
ADAM R. WEAVER, ESQUIRE
PA ID # 208766
811 Blakeslee Blvd. Dr. East, P.O. Box 56
Lehighton, PA 18235
(610) 377-5200; (610) 377-5200 (FAX)
aweaver@uslawcenter.com
Attorneys for Plaintiff