IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENA M. KISTLER,<br>        Plaintiff, | Case No. 3:10-cv-2276 |
| vs. | |
| PORTFOLIO RECOVERY<br>ASSOCIATES, LLC,<br>d/b/a PORTFOLIO RECOVERY<br>ASSOCIATES,<br>        Defendant. | Jury Trial Demanded |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please mark the above-captioned matter settled and dismissed with prejudice.

Respectfully submitted,

WILLIAM G. SCHWAB & ASSOCIATES:

BY: /s/Adam R. Weaver
ADAM R. WEAVER, ESQUIRE
PA ID # 208766
811 Blakeslee Blvd. Dr. East, P.O. Box 56
Lehighton, PA 18235
(610) 377-5200; (610) 377-5200 (FAX)
aweaver@uslawcenter.com
Attorneys for Plaintiff

SO ORDERED:

_/s/ A. Richard Caputo_ 12/13/10
A. Richard Caputo
United States District Judge